**Order entered December 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01335-CV

## IN RE UMTH GENERAL SERVICES, L.P., Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09833**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We also **DENY** relator's motion to stay and request for expedited consideration as moot.

/s/    AMANDA L. REICHEK
       JUSTICE